**U.S. BANKRUPTCY COURT**
**_____ DISTRICT OF _____**

| | | |
|---|---|---|
| In Re: | : | Case No. _____ |
| Debtor (s) _____ | : | Chapter 7 (Judge _____ ) |
| Creditor (s | : | **MOTION FOR AUTHORITY TO REDEEM** |
| Address _____ | : | **PERSONAL PROPERTY AND APPROVAL** |
| _____ | | **OF ASSOCIATED FINANCING AND** |
| _____ | : | **ATTORNEY FEES UNDER 11 U.S.C. 722** |

Now come (s) the Debtor (s) by and through counsel, and moves the court pursuant to 11 U.S.C. 722 and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

   Year _____        Make _____        Model_____

   VIN # __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

2. The interest of the Debtor (s) in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor) is a dischargeable consumer debt.

3. The allowed secured claim of said Creditor for purposes of redemption, the "redemption value", should be determined to be not more than $_____ as evidenced by the attached written appraisal.

4. Arrangements have been made by the Debtor (s) to pay to the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.

5. The payment for this proposed redemption is to be financed through Prizm Financial Co. LLC, with all of the particulars of that financing (interest rate, finance charge, amount financed, total of payments, amount of payments, etc.) set forth in full detail in the attachment(s) hereto. As demonstrated there, the monthly amount, term of the payments and the overall amount of the repayment will be decreased significantly through the proposed redemption. Moreover, the Debtor has agreed to borrow and disperse additional funds in the amount of $_____, from their loan with Prizm Financial Co. LLC, for representation of the debtor(s) in securing for the benefit of the debtor(s) an order granting the debtor(s) the right to redeem under 11 U.S.C. 722 a certain motor vehicle, such compensation being in addition to that previously disclosed and being for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

**WHEREFORE,** the Debtor (s) request (s) the Court to order the said Creditor to accept from the Debtor (s) the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtor (s) requests the Court to determine the value of the property as of the time of the hearing on such objection.

_____
Attorney for Debtor (s)

**NOTICE**

Notice is hereby given that unless an objection is made to this motion within 21 days following the date of service below, an order sustaining the motion may be granted by the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon: the Creditor's above noted, the U.S. Trustee, and the Chapter 7 Trustee by mailing a copy hereof by first class U.S. Mail on this _____ day of _____, 20_____.

_____
Attorney for Debtor (s)

11/8/2019 12:00:00
**Owner Name:** Clement Wiredu  **Prepared As Of:** AM

**Vehicle Description:** 2013 / Toyota / Avalon Sedan 4D XLE V6
Year / Make / Model

4T1BK1EB5DU068985 / 97,767 / / Gray
Serial Number (VIN) / Mileage / Plate / Color

|  | No | Yes |  | No | Yes |  | No | Yes |
|---|---|---|---|---|---|---|---|---|
| Cruise Control | ☐ | ☒ | Leather Interior | ☐ | ☒ | Radio | ☐ | ☒ |
| Theft Deterrent | ☒ | ☐ | Manual | ☒ | ☐ | Automatic | ☐ | ☒ |
| Power Windows | ☐ | ☒ | Heated Seats | ☐ | ☒ | 4WD/AWD | ☒ | ☐ |
| Power Seats | ☐ | ☒ | Air Conditioning | ☐ | ☒ | 3rd Row Seating | ☒ | ☐ |
| Power Door Locks | ☐ | ☒ | Power Sunroof | ☒ | ☐ | Rear Entertainment | ☒ | ☐ |

Other Items:

|  | Good | Fair | Poor |  | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|
| Grill | ☐ | ☐ | ☒ | Left Fender | ☐ | ☒ | ☐ |
| Front Bumper | ☐ | ☐ | ☒ | Left Door | ☐ | ☐ | ☒ |
| Hood | ☐ | ☐ | ☒ | Left Quarter Panel | ☐ | ☐ | ☒ |
| Right Fender | ☐ | ☒ | ☐ | Interior | ☐ | ☐ | ☒ |
| Right Door | ☐ | ☒ | ☐ | Engine | ☐ | ☒ | ☐ |
| Right Quarter Panel | ☐ | ☐ | ☒ | Brakes | ☐ | ☒ | ☐ |
| Lights | ☐ | ☒ | ☐ | Paint Finish | ☐ | ☐ | ☒ |
| Rear Bumper | ☐ | ☒ | ☐ | Tires | ☐ | ☐ | ☒ |
| Roof | ☐ | ☒ | ☐ |  |  |  |  |

Comments: Hood, grill, trunk, rear bumper, driver's side doors and quarter panel, passenger's side quarter panel and fender are scratched.  Both bumpers are dented.  Interior needs cleaning and reconditioning.  Four (4) tires need to be replaced.

## Valuation Report: Based on Edmunds

|  | **Value** |
|---|---|
| Average Base Value: | $9,874.00 |
| Mileage Class: Average: |  |
| Add-ons/Deducts: |  |
|    Scratches | $450.00 |
|    Dents | $150.00 |
|    Interior | $500.00 |
|    Tires (4) | $500.00 |
| **Appraised Value:** | **$8,274.00** |

The above vehicle condition report was prepared for the purpose of making a secured loan on said collateral. By signing below, preparer of report certifies that information regarding collateral was ascertained via visual inspection or provided and collected in good faith from owner or owner's representative. Information as to vehicle's condition has been applied with due diligence in conjunction with current publications by an experienced valuation specialist. No other representations, direct or indirect, material or immaterial, are made, assured or implied by this report of any other member of 722 staff or management.

/s/   Dan Hatfield

Collateral Valuation Services, LLC
P O Box 8361, Cincinnati, Ohio 45208
(513) 284-8539

Home  /  Toyota  /  Toyota Avalon  /  Used 2013 Toyota Avalon  /  Value

# 2013 Toyota Avalon - What's it worth?

Change vehicle >



[Photos & Videos](#)

- ✓ Location and Style
- ✓ Colors and Options
- ✓ Condition and Mileage
- **4** Appraisal Report

## 2013 Toyota Avalon
XLE 4dr Sedan (3.5L 6cyl 6A)



| | |
|---|---|
| Mileage | 97,767 |
| Condition | Average |
| Exterior | Magnetic Gray Metallic |

### Your appraisal  As of 11/08/2019

| | Trade-In | Private Party | Dealer Retail |
|---|---|---|---|

| | | $7,217 | $8,500 | $9,874 |
|---|---|---|---|---|
| Email report | | | | |
| National Base Price | ⓘ | $9,527 | $11,111 | $12,760 |
| Color Adjustment | ⓘ | -$3 | -$3 | -$3 |
| Regional Adjustment | ⓘ | -$70 | -$82 | -$94 |
| Mileage Adjustment | ⓘ | -$234 | -$234 | -$234 |
| Condition Adjustment | ⓘ | -$2,003 | -$2,292 | -$2,555 |
| Value | | $7,217 | $8,500 | $9,874 |

Hide detailed report ⌃

See all for sale

Review this vehicle ›



Find Deals Near 22003

Check out current offers on the Toyota Avalon

VIEW OFFERS

buyatoyota.com



With a NHTSA 5-Star Overall Safety Rating

View key details

FIND A DEALER

# U.S. BANKRUPTCY COURT
## _____ DISTRICT OF _____

In Re:                                              :     Case No. _____

Debtor (s) _____                  :     Chapter 7 (Judge _____ )

                                                    :
                                                          **ORDER GRANTING REDEMPTION AND**
                                                          **APPROVAL OF ASSOCIATED**
                                                          **FINANCING AND ATTORNEY FEES.**

                                                    :

Upon the motion of the Debtor (s) and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

    Year _____        Make _____        Model _____

    VIN # __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $_____ .

**IT HEREBY ORDERED,**

**1.** That the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.
**2**. Reasonable attorney fees and financing are approved under the terms and conditions set forth herein.
**3**. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.
**4**. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.
**5.** In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

**SO ORDERED** this _____ day of _____, 20_____ .

                                            _____
                                            Bankruptcy Judge

Copies to:
Creditor
U.S. Trustee
Chapter 7 Trustee