UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                              )
                                    )
                                    )       Case No.
                                    )       Chapter
              Debtor                )

**NOTICE OF MOTION AND NOTICE OF HEARING**

_____ has filed papers with the court to _____

_____.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before _____, you or your attorney must:

> Send to the parties listed below at least 14 days written notice of a hearing, which may be set on any regularly-scheduled motion day of the judge assigned to the case.  If necessary, you may obtain a list of such dates by telephone from the clerk's office.  The original and one copy of the notice must be filed with the clerk, accompanied by a motion day cover sheet, a copy of which may be obtained from the clerk.  If you are not represented by an attorney, you may instead file with the clerk a written request for hearing.  If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.  The address of the clerk's office is as follows:
>
> > Clerk of Court
> > United States Bankruptcy Court
> > 200 S. Washington Street
> > Alexandria, Virginia  22314
>
> You will be notified by the clerk of the hearing date and will be responsible for sending notice of hearing to the parties listed below.
>
> File with the court, at the address shown above, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**  If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.  You must **also** mail a copy to the persons listed below.

Attend the hearing scheduled to be held on _____ at _____ o'clock ___.m. in Courtroom _____, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

A copy of any written response must be mailed to the following persons:

_____
_____
_____
_____

_____
_____
_____
_____

United States Trustee, Region 4
115 South Union Street, Suite 210
Alexandria, VA 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _____

Signature, name, address and telephone number of person giving notice:
_____
_____
_____
_____
Virginia State Bar No. _____
Counsel for _____

Certificate of Service

I hereby certify that I have this _____ day of _____, ____, mailed or hand-delivered a true copy of the foregoing Notice of Hearing to the parties listed on the attached service list.

_____

**U.S. BANKRUPTCY COURT**
**_____ DISTRICT OF _____**

| | | |
|---|---|---|
| In Re: | : | Case No. _____ |
| Debtor (s) _____ | : | Chapter 7 (Judge _____ ) |
| Creditor (s | : | **MOTION FOR AUTHORITY TO REDEEM** |
| Address _____ | : | **PERSONAL  PROPERTY AND APPROVAL** |
| _____ | | **OF ASSOCIATED FINANCING AND** |
| _____ | : | **ATTORNEY FEES UNDER 11 U.S.C. 722** |

Now come (s) the Debtor (s) by and through counsel, and moves the court pursuant to 11 U.S.C. 722 and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

    Year _____        Make _____        Model_____

    VIN # \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

2. The interest of the Debtor (s) in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor) is a dischargeable consumer debt.

3. The allowed secured claim of said Creditor for purposes of redemption, the "redemption value", should be determined to be not more than  $_____ as evidenced by the attached written appraisal.

4. Arrangements have been made by the Debtor (s) to pay to the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.

5. The payment for this proposed redemption is to be financed through Prizm Financial Co. LLC, with all of the particulars of that financing (interest rate, finance charge, amount financed, total of payments, amount of payments, etc.) set forth in full detail in the attachment(s) hereto.  As demonstrated there, the monthly amount, term of the payments and the overall amount of the repayment will be decreased significantly through the proposed redemption.  Moreover, the Debtor has agreed to borrow and disperse additional funds in the amount of  $_____, from their loan with Prizm Financial Co. LLC, for representation of the debtor(s) in securing for the benefit of the debtor(s) an order granting the debtor(s) the right to redeem under 11 U.S.C. 722 a certain motor vehicle, such compensation being in addition to that previously disclosed and being for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

**WHEREFORE,** the Debtor (s) request (s) the Court to order the said Creditor to accept from the Debtor (s) the lump sum payment of the redemption value and release their lien of record.  In the event the said Creditor objects to this motion, the Debtor (s) requests the Court to determine the value of the property as of the time of the hearing on such objection.

_____
Attorney for Debtor (s)

**NOTICE**

Notice is hereby given that unless an objection is made to this motion within 21 days following the date of service below, an order sustaining the motion may be granted by the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon: the Creditor's above noted, the U.S. Trustee, and the Chapter 7 Trustee by mailing a copy hereof by first class U.S. Mail on this _____ day of _____, 20\_\_\_\_\_.

_____
Attorney for Debtor (s)

**Prepared As Of:** 11/8/2019 12:00:00 AM

**Owner Name:** Clement Wiredu

**Vehicle Description:** 2013 (Year)    Toyota (Make)    Avalon Sedan 4D XLE V6 (Model)

4T1BK1EB5DU068985 (Serial Number (VIN))    97,767 (Mileage)    (Plate)    Gray (Color)

|  | No | Yes |  | No | Yes |  | No | Yes |
|---|---|---|---|---|---|---|---|---|
| Cruise Control |  | ☒ | Leather Interior |  | ☒ | Radio |  | ☒ |
| Theft Deterrent | ☒ |  | Manual | ☒ |  | Automatic |  | ☒ |
| Power Windows |  | ☒ | Heated Seats |  | ☒ | 4WD/AWD | ☒ |  |
| Power Seats |  | ☒ | Air Conditioning |  | ☒ | 3rd Row Seating | ☒ |  |
| Power Door Locks |  | ☒ | Power Sunroof | ☒ |  | Rear Entertainment | ☒ |  |

Other Items:

|  | Good | Fair | Poor |  | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|
| Grill |  |  | ☒ | Left Fender |  | ☒ |  |
| Front Bumper |  |  | ☒ | Left Door |  |  | ☒ |
| Hood |  |  | ☒ | Left Quarter Panel |  |  | ☒ |
| Right Fender |  | ☒ |  | Interior |  |  | ☒ |
| Right Door |  | ☒ |  | Engine |  | ☒ |  |
| Right Quarter Panel |  |  | ☒ | Brakes |  | ☒ |  |
| Lights |  | ☒ |  | Paint Finish |  |  | ☒ |
| Rear Bumper |  | ☒ |  | Tires |  |  | ☒ |
| Roof |  | ☒ |  |  |  |  |  |

**Comments:** Hood, grill, trunk, rear bumper, driver's side doors and quarter panel, passenger's side quarter panel and fender are scratched. Both bumpers are dented. Interior needs cleaning and reconditioning. Four (4) tires need to be replaced.

## Valuation Report: Based on Edmunds

|  | **Value** |
|---|---|
| Average Base Value: | $9,874.00 |
| Mileage Class: Average: |  |
| Add-ons/Deducts: |  |
| Scratches | $450.00 |
| Dents | $150.00 |
| Interior | $500.00 |
| Tires (4) | $500.00 |
| **Appraised Value:** | **$8,274.00** |

The above vehicle condition report was prepared for the purpose of making a secured loan on said collateral. By signing below, preparer of report certifies that information regarding collateral was ascertained via visual inspection or provided and collected in good faith from owner or owner's representative. Information as to vehicle's condition has been applied with due diligence in conjunction with current publications by an experienced valuation specialist. No other representations, direct or indirect, material or immaterial, are made, assured or implied by this report of any other member of 722 staff or management.

/s/ Dan Hatfield

Collateral Valuation Services, LLC
P O Box 8361, Cincinnati, Ohio 45208
(513) 284-8539

Home  /  Toyota  /  Toyota Avalon  /  Used 2013 Toyota Avalon  /  Value

# 2013 Toyota Avalon - What's it worth?

Change vehicle >



**Photos & Videos**

- ✓ Location and Style
- ✓ Colors and Options
- ✓ Condition and Mileage
- **4** Appraisal Report

## 2013 Toyota Avalon
XLE 4dr Sedan (3.5L 6cyl 6A)



| | |
|---|---:|
| Mileage | 97,767 |
| Condition | Average |
| Exterior | Magnetic Gray Metallic |

### Your appraisal  As of 11/08/2019

Trade-In      Private Party      Dealer Retail

|  | $7,217 | $8,500 | $9,874 |
|---|---|---|---|
| National Base Price ⓘ | $9,527 | $11,111 | $12,760 |
| Color Adjustment ⓘ | -$3 | -$3 | -$3 |
| Regional Adjustment ⓘ | -$70 | -$82 | -$94 |
| Mileage Adjustment ⓘ | -$234 | -$234 | -$234 |
| Condition Adjustment ⓘ | -$2,003 | -$2,292 | -$2,555 |
| Value | $7,217 | $8,500 | $9,874 |

Hide detailed report ⌃

See all for sale

Review this vehicle ›



Find Deals Near 22003

Check out current offers on the Toyota Avalon

VIEW OFFERS

buyatoyota.com



With a NHTSA 5-Star Overall Safety Rating

View key details

FIND A DEALER