**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Clement Wiredu** | Social Security number or ITIN  **xxx–xx–7689** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Virginia**

Case number:  **19–13146–KHK**

## Discharge of Debtor                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Clement Wiredu

January 6, 2020                                   **For the court:**     William C. Redden
                                                                         Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318             **Discharge of Debtor**             page 2

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 19-13146-KHK
Clement Wiredu                                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: admin            Page 1 of 1            Date Rcvd: Jan 07, 2020
                              Form ID: 318           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
db          +Clement Wiredu,    7416 Eastmoreland Rd., Apt. 30,    Annandale, VA 22003-2729
15033145    +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
15033146    +First Nataional Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
15033147    +First Savings Bank/Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
15033148    +First Savings Credit Card,    Attn: Bankruptcy Department,    Po Box 5019,
              Sioux Falls, SD 57117-5019
15033149    +HarrisLoftus, PLLC,    7900 Sudley Road, Suite 608,    Manassas, VA 20109-2806
15033157    +Virginia Dept of Taxation,    P.O. Box 997,    Spotsylvania, VA 22553-0997

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: BDFKING Jan 08 2020 08:58:00      Donald F. King,    1775 Wiehle Avenue, Suite 400,
              Reston, VA 20190-5159
cr          +EDI: ATLASACQU Jan 08 2020 08:58:00      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
cr          +EDI: AISACG.COM Jan 08 2020 08:58:00      Capital One Auto Finance, a division of Capital On,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
15033142    +EDI: AFNIRECOVERY.COM Jan 08 2020 08:58:00      Afni, Inc.,    Attn: Bankruptcy,    Po Box 3427,
              Bloomington, IL 61702-3427
15116057    +EDI: ATLASACQU.COM Jan 08 2020 08:58:00      Atlas Acquisitions LLC,    Attn: Avi Schild,
              294 Union St.,    Hackensack, NJ 07601-4303
15033143    +EDI: CAPITALONE.COM Jan 08 2020 08:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
              Salt Lake City, UT 84130-0285
15033144    +EDI: CAPONEAUTO.COM Jan 08 2020 08:58:00      Capital One Auto Finance,    Attn: Bankruptcy,
              Po Box 30285,    Salt Lake City, UT 84130-0285
15040205    +EDI: AISACG.COM Jan 08 2020 08:58:00      Capital One Auto Finance, a division of,
              AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
15033150    +EDI: IRS.COM Jan 08 2020 08:58:00      IRS Centralized Insolvency Op,    PO Box 7346,
              Philadelphia, PA 19101-7346
15033151    +EDI: MID8.COM Jan 08 2020 08:58:00      Midland Funding,    2365 Northside Dr Ste 300,
              San Diego, CA 92108-2709
15033152    +EDI: NAVIENTFKASMSERV.COM Jan 08 2020 08:58:00      Navient,    Attn: Bankruptcy,    Po Box 9640,
              Wilkes-Barre, PA 18773-9640
15033153    +EDI: NAVIENTFKASMSERV.COM Jan 08 2020 08:58:00      Navient Solutions Inc,    11100 Usa Pkwy,
              Fishers, IN 46037-9203
15033154    +E-mail/Text: netcreditbnc@enova.com Jan 08 2020 04:33:02      NetCredit,
              175 W. Jackson Blvd., Suite 1000,    Chicago, IL 60604-2863
15033155    +EDI: AGFINANCE.COM Jan 08 2020 08:58:00      OneMain Financial,    Attn: Bankruptcy,
              Po Box 3251,    Evansville, IN 47731-3251
15033156    +EDI: RMSC.COM Jan 08 2020 08:58:00      Synchrony Bank/TJX,    Attn: Bankruptcy,    Po Box 965060,
              Orlando, FL 32896-5060
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2020 at the address(es) listed below:
              Ashvin Pandurangi    on behalf of Debtor Clement  Wiredu ap@aplawg.com,
               preea@aplawg.com;pandurangiar78675@notify.bestcase.com
              Donald F. King    Kingtrustee@ofplaw.com, va50@ecfcbis.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
                                                                                             TOTAL: 3